**HEMPHILL CONTRACTING COMPANY, INC., Plaintiff/Appellant,**

v.

**BOARD OF ADJUSTMENT, CITY OF ST. LOUIS, Defendant/Respondent.**

No. 57983.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 26, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 7, 1991.

Application to Transfer Denied
July 23, 1991.

Margaret Bush Wilson, St. Louis, for plaintiff/appellant.

James J. Wilson, David R. Bohm, St. Louis, for defendant/respondent.

**518**

## ORDER

PER CURIAM.

Plaintiff appeals from the trial court's order which found plaintiff did not present sufficient evidence to establish nonconforming use.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).